# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2019

*The Court of Appeals hereby passes the following order*

**A20I0095. GRIFFINS WAREHOUSE- BAXLEY, LLC v. J. COWART, INC. et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

17CV379



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, November 21, 2019.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*